UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIMBERLY OWENS, Trustee etc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUDGE DAVID J. COWAN, et al.,<br><br>　　　　　Defendants. | Case No. CV 17-03674-FMO (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Second Amended Complaint, the three pending Motions to Dismiss (Dkt. Nos. 39, 40 and 52), and the Motion for Leave to File a Third Amended Complaint, all related supporting and opposing briefing, and the Report and Recommendation of the assigned United States Magistrate Judge. No party has filed timely written objections to the Report and Recommendation nor timely requested additional time in which to do so.

　　　　IT IS HEREBY ORDERED that:

　　　　1.　　The Report and Recommendation is approved and accepted;

　　　　2.　　The Motions to Dismiss the Second Amended Complaint filed by Defendants Judge David J. Cowan (Dkt. 39), the County of Los

| | |
|---|---|
| 1 | Angeles, sued as the County of Los Angeles Child Support |
| 2 | Services (Dkt. 40), and Larry D. Lewellyn and Law Offices of |
| 3 | Larry D. Lewellyn (Dkt. 52) are GRANTED; |

3. The Motion for Leave to filed a Third Amended Complaint filed by Plaintiff is DENIED;

4. Plaintiff's Second Amended Complaint is dismissed as to all defendants without leave to amend and with prejudice; and

5. Judgment shall be entered accordingly.

Dated: February 16, 2018

/s/
_____
FERNANDO M. OLGUIN
United States District Judge