JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIMBERLY OWENS, Trustee etc., | Case No. CV 17-03674-FMO (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| JUDGE DAVID J. COWAN, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: February 16, 2018

/s/
_____
FERNANDO M. OLGUIN
United States District Judge